Judgment, Supreme Court, New York County (Patricia M. Núñez, J.), rendered March 6, 2014, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree, and sentencing him to a term of five years’ probation; and judgment, same court (Edward J. McLaughlin, J.), rendered October 15, 2015, convicting defendant, upon his plea of guilty, of conspiracy in the second degree, and sentencing him to a term of 5V2 to I6V2 years, and also convicting him of violation of probation, revoking the above-mentioned sentence of probation and resentencing him to a consecutive term of 2V2 years, unanimously affirmed.
 

 Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentences or running them concurrently.
 

 Defendant’s pro se ineffective assistance of counsel claims are unreviewable on direct appeal because they involve matters not reflected in, or fully explained by, the record (see People v Rivera, 71 NY2d 705, 709 [1988]). Accordingly, since defendant has not made a CPL 440.10 motion, the merits of the ineffectiveness claims may not be addressed on appeal. We have considered and rejected defendant’s remaining pro se claims.
 

 Concur — Acosta, P.J., Manzanet-Daniels, Gische, Kapnick and Kahn, JJ.